UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIREGLASS,<br><br>Plaintiff,<br><br>v.<br><br>MODERUSTIC, INC.,<br><br>Defendant. | Case No.: 15-CV-2866 JLS (BGS)<br><br>**ORDER REQUESTING ADDITIONAL CLAIM CONSTRUCTION BRIEFING**<br><br>(ECF No. 55) |

On August 31, 2017, the Court held a Claim Construction Hearing in the above-captioned matter. During the hearing, Plaintiff American Fireglass argued that the terms "tumbling apparatus" and "vibratory apparatus" should be construed as means-plus-function terms governed by 35 U.S.C. § 112(f) and as construed by the Court of Appeals for the Federal Circuit in *Williamson v. Citrix Online, LLC*, 792 F.3d 1339, 1343 (Fed. Cir. 2015) and its progeny. However, it does not appear that this argument with specific reference to § 112(f) and ensuing case law was presented in any of Plaintiff's briefs in preparation for the Claim Construction Hearing. (ECF Nos. 34, 36.) Given the possibility that these terms may be governed by § 112(f), the Court requires additional briefing from both parties. Accordingly, Plaintiff **SHALL FILE** a supplemental brief on the application of § 112(f) to these two terms <u>on or before September 14, 2017</u>. Defendant Moderustic,

1

1 Inc. **SHALL FILE** its responsive brief <u>on or before September 28, 2017</u>. Thereafter the Court will deem the matter submitted and will issue its Claim Construction Order. During this time the parties may also inform the Court if there are any further stipulations to proposed constructions.

**IT IS SO ORDERED.**

Dated: September 5, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge