UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIREGLASS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MODERUSTIC INC., a California corporation,<br><br>Defendant. | Case No.: 15-CV-2866 JLS (BGS)<br><br>**ORDER OVERRULING DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER**<br><br>(ECF No. 128) |

Presently before the Court is Defendant Moderustic, Inc.'s Objections to Magistrate Judge Bernard Skomal's January 23, 2018 Order, which granted in part and denied in part Defendant's Motion to Compel Discovery. ("Objections," ECF No. 124). Also before the court is Plaintiff American Fireglass' Response in Opposition to, ("Opp'n," ECF No. 126), and Defendant's Reply in Support of, ("Reply," ECF No. 133), the Objections. Having considered the parties' arguments and the law, the Court **OVERRULES** Defendant's Objections.

District courts "must consider timely objections" to a magistrate's ruling and "set aside any part of the order that is clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also Grimes v. City and Cnty. of S.F.*, 951 F.2d 236, 241 (9th Cir. 1991). A ruling is clearly erroneous only if the reviewing court, on the entire record, reaches "a

definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948); *Carl Zeiss Vision Int'l GmbH v. Signet Armorlite, Inc.*, No. 07-CV-894 DMS (DHB), 2010 U.S. Dist. LEXIS 12392 at *4 (S.D. Cal. Feb. 12, 2010). In contrast, the "contrary to law" standard permits independent review of purely legal determinations by a magistrate judge. *See, e.g.*, *Haines v. Liggetts Grp., Inc.*, 975 F.2d 81, 91 (3d Cir. 1992); *Med. Imaging Ctrs. of Am., Inc. v. Lichtenstein*, 917 F. Supp. 717, 719 (S.D. Cal. 1996).

Defendant raises four objections, none of which establish Magistrate Judge Skomal's rulings were either clearly erroneous or contrary to law. First, Judge Skomal's decision to order Plaintiff to supplement its discovery responses, but not reopen discovery related to methods used by Plaintiff to produce the accused products, is supported by the record and not clearly erroneous. Second, Defendant's Motion to Compel Discovery, ECF No. 86, supports Judge Skomal's finding that Defendant failed to comply with Judge Skomal's chambers rules and his decision to deny a premise inspection on that basis is not clearly erroneous or contrary to law. Third, Defendant's Objections concerning discovery related to damages is premature. Judge Skomal has yet to rule on the scope of discovery related to damages, instead finding it more efficient to defer his ruling on the issue until after this Court's ruling on the parties' cross Motions for Summary Judgment, *see* ECF No. 110; the Court finds no reason to rule on Objections to a ruling Judge Skomal has yet to make. Fourth, and finally, Judge Skomal addressed all of the issues raised in Defendant's Motion to Compel, and this Court will not address issues not presented first to Judge Skomal. Accordingly, the Court overrules Defendant's Objections to the Magistrate Judge's Order.

**IT IS SO ORDERED.**

Dated: February 11, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge